**Opinion issued April 1, 2021**



In The

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-20-00863-CV**

———————————

**IN RE ADVANTAGE CARS.COM D/B/A STERLING MCCALL HYNDAI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Advantage Cars.com d/b/a Sterling McCall Hyundai ( "Advantage"), has filed a petition for writ of mandamus requesting that our Court compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris County, to rule on Advantage's Motion for Leave to Designate Responsible Third Party, Advantage's No-Evidence Motion for Partial Summary Judgment, and Advantage's

Traditional Motion for Summary Judgment.[1] On the same day the petition was filed, Judge Hall issued an order granting Advantage's motion for leave to designate responsible third parties, an order denying Advantage's traditional motion for summary judgment, and an order denying Advantage's no-evidence motion for summary judgment.

Because Judge Hall has ruled on Advantage's motions, the petition for writ of mandamus is dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Farris.

---

[1] The underlying case is *Larry Turner v. Angel T. Soto d/b/a Adventure Dealership Services and Advantage Cars.com d/b/a Sterling McCall Hyundai*, cause number 2017-39196, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall presiding.